IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| DEBORAH LAUFER, | * |
| Plaintiff, | * |
| v. | *   CV 320-052 |
| PSNVR LLC, | * |
| Defendant. | * |

**O R D E R**

Presently before the Court is Plaintiff's Notice of Dismissal, which has been filed prior to Defendant serving an answer or a motion for summary judgment. Accordingly, dismissal is appropriate under Federal Rule of Civil Procedure 41(a)(1)(A)(i). **IT IS THEREFORE ORDERED** that Plaintiff's claims against Defendant are **DISMISSED WITH PREJUDICE**. The Clerk is directed to **CLOSE** this case and **TERMINATE** all motions and deadlines.

**ORDER ENTERED** at Augusta, Georgia, this 5th day of January, 2021.

_____
UNITED STATES DISTRICT JUDGE